DJW/bh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**ROBERT A. YOUNG,**

                **Plaintiff,**                Civil Action

v.                                      No. 08-2068-JWL-DJW

**ALLSTATE INSURANCE COMPANY,**

                **Defendant.**

## NOTICE AND ORDER TO SHOW CAUSE

**TO PLAINTIFF ROBERT RAY YOUNG:**

Plaintiff is hereby required to show good cause in writing to the Honorable John W. Lungstrum, United States District Judge, on or before April 9, 2008, why this case should not be dismissed for failure to state a claim and lack of subject matter jurisdiction.

**IT IS SO ORDERED**.

Dated in Kansas City, Kansas on this 21st day of March 2008.

                                                    s/ David J. Waxse
                                                    David J. Waxse
                                                    U.S. Magistrate Judge

cc:    All counsel and *pro se* parties